for appellees.

## 58892. HART v. THE STATE.

QUILLIAN, Presiding Judge.

The decision of this Court (*Hart v. State,* 153 Ga. App. 53 (264 SE2d 542)) having been reversed by the Supreme Court in *State v. Hart,* 246 Ga. 212 (1980), it is hereby vacated, the decision of the Supreme Court is made the decision of this Court, and the judgment of the trial court is affirmed.

*Judgment affirmed. Smith and Birdsong, JJ., concur.*

SUBMITTED NOVEMBER 19, 1979 — DECIDED NOVEMBER 7, 1980.

*Ken Gordon, H. J. Thomas, Jr.,* for appellant.

*William F. Lee, Jr., District Attorney, Marc E. Acree, Assistant District Attorney,* for appellee.